IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Stanley Paige,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora B. Schriro, Director of the Arizona Department of Corrections; and Terry Goddard, Attorney General of the State of Arizona,<br><br>　　　　Respondents. | No. CV 07-8089-PCT-EHC (LOA)<br><br>**ORDER** |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court, having reviewed the record *de novo*, adopts in full the Magistrate Judge's Report and Recommendation (Dkt. 15) and incorporates the same as a part of this Order.[1]

　　　　Accordingly,

　　　　**IT IS ORDERED** adopting the Report and Recommendation (Dkt. 15).

　　　　**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, (Dkt. 1) is **granted** and the matter is remanded to the state court to determine the specific relief Petitioner is afforded.

---

[1] The sentence at page 12, lines 24 through 26, of the Report and Recommendation should read, "Petitioner also testified that Griffen explained to him that the written plea agreement did *not* include a specific sentence because judges in Yavapai county would not "stipulate to an exact sentence."

1   DATED this 10th day of August, 2009.

_____
Earl H. Carroll
United States District Judge