## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Stanley Paige,<br><br>　　　　Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al,<br><br>　　　　Respondents, | **JUDGMENT IN A CIVIL CASE**<br><br>CIV 07-8089-PCT-EHC |

\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's order of August 10, 2009, adopting the Magistrate Judge's Report and Recommendation and granting the Petition, judgment is hereby entered for Petitioner.  This action is remanded to the state Court to determine the specific relief Petitioner is afforded. The Petition for Writ of Habeas Corpus and action are hereby terminated.

| | |
|---|---|
| August 10, 2009 | RICHARD H. WEARE |
| Date | DCE/Clerk of Court |
| | |
| | By.    s/ Ruth E. Williams |
| | 　　　　Deputy Clerk |